IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. | 5:23-CR-408 (BKS) |
| | ) | | |
| v. | ) | **Superseding Information** | |
| | ) | | |
| **UQOEON LAWRENCE,** | ) | Violation: | 21 U.S.C. § 841(a)(1) [Distribution of and Possession with Intent to Distribute Controlled Substances] |
| **Defendant.** | ) | | |
| | ) | | 18 U.S.C § 924(c) [Possession of a Firearm in Furtherance of a Drug Trafficking Crime] |
| | ) | | |
| | ) | | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) [Possession of a Firearm and Ammunition by a Felon] |
| | ) | | |
| | ) | | 18 U.S.C. §§ 933 [Firearms Trafficking] |
| | ) | | |
| | ) | 4 Counts & Forfeiture Allegation | |
| | ) | County of Offense: | Onondaga |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Distribution of and Possession with Intent to Distribute a Controlled Substance]**

On or about June 15, 2023, in Onondaga County in the Northern District of New York, the defendant,

**UQOEON LAWRENCE**,

knowingly and intentionally distributed and possessed with intent to distribute a controlled substance. That violation involved 50 grams or more of methamphetamine, its salts, isomers, and

salts of its isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
**[Possession of Firearm in Furtherance of a Drug Trafficking Crime]**

On or about June 26, 2023, in Onondaga County in the Northern District of New York, the defendant,

**UQOEON LAWRENCE**,

in furtherance of one or more drug trafficking crimes for which he may be prosecuted in a court in the United States, that is: possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), knowingly possessed a firearm, specifically: one (1) Hawk Industries, H&R 1871 LLC, model Pardner Pump, 20-gauge shotgun bearing serial number NZ564010, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3
**[Possession of a Firearm and Ammunition by a Felon]**

On or about June 26, 2023, in Onondaga County in the Northern District of New York, the defendant,

**UQOEON LAWRENCE,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce a firearm and ammunition that were shipped and transported in interstate commerce, specifically: one (1) Hawk Industries, H&R 1871 LLC, model Pardner Pump, 20-gauge shotgun bearing serial number NZ564010, manufactured in China, and nineteen (19) rounds of Remington 20-gauge shotgun ammunition

manufactured in Arkansas or Illinois, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4
### [Firearms Trafficking]

In or about July 2023, in Onondaga County in the Northern District of New York, the defendant,

**UQOEON LAWRENCE**,

did receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: one (1) Glock, model 19, 9mm caliber pistol bearing serial number BXGL624 purchased in the state of Maine, and one (1) Ruger, model LCP, .380 caliber pistol bearing serial number 372355387 purchased in the state of Maine, knowing and having reasonable cause to believe that such receipt would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(2).

## FORFEITURE ALLEGATION

The allegations contained in Count Three of this superseding information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count One, the defendant, UQOEON LAWRENCE, shall forfeit to the United States of America, any firearm and ammunition involved in and used in any knowing violation of the offense of conviction, including, but not limited to, the following:

   a. One (1) Hawk Industries, H&R 1871 LLC, model Pardner Pump, 20-gauge shotgun bearing serial number NZ564010.

   b. Nineteen (19) rounds of Remington 20-gauge shotgun ammunition.

Dated:   September 13, 2024

                                                  CARLA B. FREEDMAN
                                                 United States Attorney

                                        By:  */s/ Richard R. Southwick*
                                                Richard R. Southwick
                                                Assistant United States Attorney
                                                Bar Roll No. 506265